UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

RONY HERNANDEZ MADERO,            )
                                  )
        Petitioner,               )
                                  )
v.                                )      Case No. 4:25-CV-1674-ZMB
                                  )
MICHAEL KIRN, et al.,             )
                                  )
        Respondents.              )

## ORDER

In light of the parties' Joint Stipulation Motion to Dismiss Without Prejudice, Doc. 16, the

Court directs the Clerk of Court to close this case, *see* FED. R. CIV. P. 41(a)(1)(A)(ii).

So ordered this 15th day of December 2025.

ZACHARY M. BLUESTONE
UNITED STATES DISTRICT JUDGE